**Phillip Randall HAYES, Appellant,**

v.

**Gary B. KEMPKER, Respondent.**

**No. WD 64683.**

Missouri Court of Appeals,
Western District.

Aug. 2, 2005.

Phillip R. Hayes, Cameron, pro se.

Jeremiah W. (Jay) Nixon, Atty. General, Deborah Daniels and Lisa J. Berry–Tayman, Office of Attorney General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Phillip Randall Hayes appeals the circuit court's granting summary judgment for Gary B. Kempker, the director of the Department of Corrections, in a declaratory judgment action in which Hayes sought jail-time credit under § 558.031, RSMo 2000. We affirm. Rule 84.16(b).

**Dameion E. CLEMONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64361.**

Missouri Court of Appeals,
Western District.

Aug. 2, 2005.

Susan L. Hogan, Appellate Defender Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

**_ORDER_**

PER CURIAM:

Dameion E. Clemons appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).